UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PASTOR ADEN RUSFELDT,

                                          **UNSEALING ORDER**

                                          Plaintiff,

                                          22-CV-594 (PKC)

                 -against-

CITY OF NEW YORK, *et al.*,

                                          Defendants.

------------------------------------------------------------------------ x

        **WHEREAS**, plaintiff Aden Rusfeldt ("plaintiff") has commenced the matter of *Pastor Aden Rusfeldt v. City of New York, et al.*, 22-CV-594 (S.D.N.Y.) (PKC) (hereinafter the "Action"); and

        **WHEREAS**, plaintiff has requested defendants to produce arrest reports, documents, and/or video regarding the arrests of individuals other than plaintiff, including investigations by the Civilian Complaint Review Board, the New York City Police Department Internal Affairs Bureau or any other agency relating thereto, for use in connection with the Action;

        **WHEREAS,** defendants, having raised concerns that the disclosure and use of the documents sought by plaintiff implicates the sealing provisions of New York C.P.L. §160.50, and the privacy rights of individuals not party to this litigation, including information concerning arrests of non-parties;

        **NOW THEREFORE**, **IT IS HEREBY ORDERED** that the aforesaid sealed records may be unsealed; however, said records may only be used in connection with the prosecution and defense of the Action; and

        **IT IS FURTHER ORDERED** that the City of New York, including, but not limited to, the Office of the Corporation Counsel and the New York City Police Department, shall not be bound by the statutory sealing requirements of C.P.L §§160.50 and 160.55, as it relates

to the aforementioned sealed records; and

**IT IS FURTHER ORDERED** that the aforementioned sealed records shall be disclosed to Honorable Sylvia Hinds Radix, Corporation Counsel of the City of New York, or her authorized representative; and

**IT IS FURTHER ORDERED** that the aforesaid sealed records shall be deemed "Confidential Materials" as defined in the parties' Confidentiality Stipulation and Protective Order, and the aforesaid documents shall only be used subject thereto.

Dated: New York, New York
         December 15, 2022

_____
Honorable P. Kevin Castel
United States District Judge