UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PASTOR ADEN RUSFELDT,

                          Plaintiff,                    22-cv-594 (PKC)


            -against-                                   ORDER


CITY OF NEW YORK, NEW YORK;
KEECHANT SEWELL, in her Official
Capacity as Commissioner of the City of New
York Police Department; and STEPHEN
HUGHES, in his Individual Capacity,

                          Defendants.
--------------------------------------------------------------x

CASTEL, U.S.D.J.

          In his First Amended Complaint, plaintiff Pastor Aden Rusfeldt challenges the

constitutionality of New York Penal Law §§ 240.20(6) and (7) as vague and overbroad under the

United States Constitution.  (ECF 83.)  Because he has not sued the State of New York, one of its

agencies, or one of its officers or employees in an official capacity, he has filed a Notice of

Constitutional Question pursuant to Rule 5.1, Fed. R. Civ. P., and a Request for Certification

pursuant to 28 U.S.C. § 2403.  (ECF 87.)

          Pursuant to 28 U.S.C. § 2403(b) and Rule 5.1(b), the Court hereby certifies to the

Attorney General of the State of New York that the constitutionality of New York Penal Law §§

240.20(6) and (7) has been questioned.

          Plaintiff filed his Notice on May 12, 2023.  (ECF 87.)  Rule 5.1(c) states that

"[u]nless the court sets a later time, the attorney general may intervene within 60 days after the

notice is filed or after the court certifies the challenge, whichever is earlier."  More than 60 days

1

have passed since filing of the Notice, and the Attorney General has not intervened; however, the Court will extend the time, and the Attorney General may intervene within 30 days from the date of this Order.

The Clerk is respectfully directed to provide a copy of this Order, along with copies of the First Amended Complaint (ECF 83.) and plaintiff's Notice and Request (ECF 87.), to the Attorney General of the State of New York.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 15, 2023