

| | | |
|---|---|---|
| **SYLVIA O. HINDS-RADIX**<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **TOBIAS E. ZIMMERMAN**<br>phone: (212) 356-2423<br>fax: (212) 356-3509<br>tzimmerm@law.nyc.gov |

November 27, 2023

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Rusfeldt v. City of New York, et al., No. 22 Civ. 0594 (PKC).

Your Honor:

I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and the principal attorney assigned to the above-captioned matter. The City writes with the knowledge and consent of Plaintiff's counsel to request a two-week extension to the present briefing schedule on the parties' cross-motions for summary judgment. There is no conference presently scheduled.

Defendants are requesting a modification of the briefing schedule due to an unforeseen family emergency that has affected counsel's ability to work on Defendants' opposition and cross-motion. One of undersigned counsel's children was hospitalized on Friday November 17th, and remained in the hospital through the week of November 20, 2023. They are presently expected to be discharged on Thursday November 30, 2023.[1] This situation has significantly impacted my ability to make progress on Defendants' summary judgment brief.

Defense counsel reached out to Plaintiff's counsel on Tuesday November 21st to explain the situation, and Plaintiff's counsel expressed understanding and graciously consented to Defense counsel requesting a two-week extension of the remaining dates. Accordingly, Defendants respectfully request that the briefing schedule set forth in the Court's minute entry of September 14, 2023, be modified as follows:

| Brief | Current Date | Requested Date |
|---|---|---|
| Defendants' combined opp. and cross-motion | Nov. 30, 2023 | Dec. 14, 2023 |
| Plaintiff's combined opp. and reply | Dec. 29, 2023 | Jan. 12, 2024 |
| Defendants' reply | Jan. 12, 2024 | Jan. 26, 2024 |

*Revised schedule approved. SO ORDERED. /s/ P. Kevin Castel USDJ 11-28-23*

---

[1] Counsel wishes to avoid putting specific details of a private health matter on the public docket, but will make further disclosure of the details to the Court *in camera* if necessary.

      I apologize for the unforeseen disruption in the briefing schedule, and I thank you for the Court's attention to this matter.

Respectfully submitted,

Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

cc:    All Counsel **(via ECF)**