

50 Park Place, Suite 1105
Newark, NJ 94108

Ronald D. Coleman
Phone: 973.298.1723
RColeman@dhillonlaw.com

January 18, 204

**VIA ECF**
Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

*Revised schedule adopted. SO ORDERED*
*/s/ P. Kevin Castel*
*USDJ*
*1-18-24*

Re: *Rusfeldt v. City of New York, New York, et al.*
    Case No. 22-cv-00594-PKC

Dear Judge Castel:

We represent Plaintiff in the above referenced matter. I write with the knowledge and consent of Defendants' counsel to request a four-day extension of time—from January 19, 2024 to January 23, 2023—to the present briefing schedule on the parties' cross motions for summary judgment. Plaintiff and Defendants have each filed their motions, and their responses are pending. There is no conference presently scheduled.

Plaintiff's counsel have been diligently working on the response/reply to Defendants' cross-motion for summary judgment. Due to obligations in other cases—including a motion for summary judgment in federal court that was due January 17, 2024, a reply on a preliminary injunction motion in federal court that is also due on January 19, 2024, a hearing in California state court on January 19, 2024,[1] and an amicus brief in the Supreme Court of the United States due on January 23, 2024—completing the filing by the current deadline would pose a considerable hardship to Plaintiff's counsel. This is Plaintiff's first request for an extension to the summary judgment briefing schedule.

Plaintiff's counsel contacted Defendants' counsel about this issue on Wednesday January 17, and Defendants' counsel graciously consented to this request. Accordingly, Plaintiff respectfully requests that the briefing schedule set forth in the Court's minute entry of December 13, 2023, be modified as follows:

---

[1] This hearing will likely be rescheduled.

Hon. P. Kevin Castel, U.S.D.J.
January 18, 2024
Page 2 of 2

| Brief | Current Date | Requested Date |
|---|---|---|
| Plaintiff's combined opp. and reply | January 19, 2024 | January 23, 2024 |
| Defendants' reply | February 2, 2024 | February 6, 2024 |

    We apologize for the unforeseen disruption in the briefing schedule, and I thank you for the Court's attention to this matter.

Respectfully submitted,

Ronald D. Coleman