UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASTOR ADEN RUSFELDT, *Plaintiff,* vs. CITY OF NEW YORK, NEW YORK; and STEPHEN HUGHES, in his Individual and Official Capacity as Assistant Chief of the City of New York Police Department, *Defendants.* | Case No.: 22-CV-594 (PKC) |

### [PROPOSED] ORDER TO AMEND CAPTION

The Court having dismissed the New York City Police Commissioner as an official capacity defendant in this case, IT IS ORDERED that the caption be amended to remove the New York City Police Commissioner as an official capacity defendant in this case. The amended caption is set forth in the caption to this Order.

SO ORDERED this 7th day of October, 2024

_____
The Honorable Kevin P. Castel
United States District Judge

1