UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PASTOR ADEN RUSFELDT,

                Plaintiff,                            22-cv-594 (PKC)

        -against-                                ORDER

CITY OF NEW YORK, NEW YORK;
and STEPHEN HUGHES, in his Individual and
Official Capacity as Assistant Chief of the New
York City Police Department,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Thursday, June 19, 2025, is the celebration of Juneteenth and the Courthouse will be closed. The Court does not sit on Fridays.

        Based on favorable developments with the Jury Clerk, the Court will be able to commence jury selection at 11:00 a.m. on Monday, June 16, 2025, followed by opening statements and calling of witnesses. This will enable the Court to hold three days of trial this week followed by continuation on June 23, 2025, if necessary.

        SO ORDERED.

                                                        P. Kevin Castel
                                                        United States District Judge

Dated: June 11, 2025
       New York, New York