*Court Ex. 13*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

PASTOR ADEN RUSFELDT,

                         Plaintiff,                              22-cv-594 (PKC)

             -against-                                           <u>VERDICT FORM</u>

CITY OF NEW YORK, NEW YORK;
and STEPHEN HUGHES, in his Individual and
Official Capacity as Assistant Chief of the New
York City Police Department,

                         Defendants.
--------------------------------------------------------------x

CASTEL, U.S.D.J.


          *Please respond to the following questions in accordance with the Court's
instructions on the law:*


          1.  Has Aden Rusfeldt proven by a preponderance of the evidence that defendant
              Stephen Hughes arrested him on June 27, 2021, in violation of a right protected by
              the Fourth Amendment as defined by the Court?

                              Yes_____     No__✗__

2.  Has Aden Rusfeldt proven by a preponderance of the evidence that the following person or persons, on June 27, 2021, deprived him of a right protected by the First Amendment as defined by the Court?

Stephen Hughes

Yes_____    No_✓___

An officer or officers of the NYPD other than Stephen Hughes

Yes_____    No_✓___

*If you answered "Yes" in response to Question 1 or "Yes" as to Stephen Hughes or an officer or officers other than him in response to Question 2, then proceed to question 3. If you have answered "No" to all parts of Question 1 and 2, then the foreperson should sign and date the Verdict Form.*

3.  What is the amount of damages that you award to Aden Rusfeldt?

_____

Dated: June 18th , 2025

_____
Foreperson
Juror #7