**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PASTOR ADEN RUSFELDT,

                              Plaintiff,

          -against-                                              22 **CIVIL** 594 (PKC)

                                                                 <u>**JUDGMENT**</u>

CITY OF NEW YORK, NEW YORK;
and STEPHEN HUGHES, in his Individual and
Official Capacity as Assistant Chief of the New
York City Police Department,

                              Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated October 2, 2025, plaintiff's motion for a judgment

as a matter of law or, alternatively, for a new trial is DENIED. Judgment is entered for

defendants Hughes and the City of New York; accordingly, the case is closed.

**Dated:**  New York, New York

          October 6, 2025

                                                       **TAMMI M. HELLWIG**
                                              _____
                                                       **Clerk of Court**

                                    **BY:**        K. Mango
                                              _____
                                                       **Deputy Clerk**